**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **GREG DEWAYNE HURST,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | **CASE NO.  7:13-CV-1 (HL)** |
| : | |
| : | |
| **THOMAS COUNTY JAIL, et al,** : | |
| **Defendants** : | |
| : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 10) filed April 17, 2013  has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 14th day of May, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**