IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

GREG DEWAYNE HURST,

    Plaintiff,

v.

R. CARLTON POWELL, *et al.*,

    Defendants.

Civil Action No. 7:13-CV-1 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 34) in which he recommends that 1) Plaintiff's first amendment to his complaint (Doc. 20) be dismissed without prejudice; 2) Defendant Nurse Winnie Olson be dismissed from this action; 3) Plaintiff's second motion to amend his complaint (Doc. 21) be denied; and 4) Plaintiff's third motion to amend his complaint (Doc. 24) be denied; and 5) Plaintiff's motion for a speedy trial (Doc. 24-1) be denied. Because no objection to the Recommendation has been filed, the Court reviews for clear error and finds none. The Recommendation is accepted and adopted in full. Accordingly, the Court orders the following:

    1.    Plaintiff's first amendment to his complaint (Doc. 20) is dismissed without prejudice.

    2.    Defendant Nurse Winnie Olson is dismissed from this action.

3. Plaintiff's second motion to amend his complaint (Doc. 21) is denied.

4. Plaintiff's third motion to amend his complaint (Doc. 24) is denied.

5. Plaintiff's motion for a speedy trial (Doc. 24-1) is denied.


**SO ORDERED**, this the 4th day of September, 2013.


        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**


scr